# United States District Court
# For The Western District of North Carolina
# Asheville Division

Dennis Roger VanDyke,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                    1:12cv153-PMD

The Honorable Robert J. Conrad, Jr.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order dated July 24, 2012.

                                                 Signed: July 24, 2012

                                                 Frank G. Johns, Clerk
                                                 United States District Court